UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STASON SUTTON,

                Plaintiff,            23-cv-5399 (JGK)

     - against -                  ORDER

618 NINTH AVENUE, LLC, ET AL.,

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

    On August 17, 2023, defendant Chipotle Mexican Grill of Colorado, LLC ("Chipotle") appeared in this action and filed an answer to the complaint. On September 5, 2023, the plaintiff filed an affidavit of service indicating that the other defendant, 618 Ninth Avenue, LLC ("618 Ninth Avenue") was timely served on July 12, 2023. ECF No. 11. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for 618 Ninth Avenue to answer or respond to the complaint was August 2, 2023. To date, no answer has been filed.

    The time for 618 Ninth Avenue to answer or respond to the complaint is **extended** to **October 2, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against 618 Ninth Avenue.

    The plaintiffs should serve a copy of this Order on 618 Ninth Avenue and file proof of service on the docket by **September 14, 2023**.

SO ORDERED.

Dated:    New York, New York              /s/ John G. Koeltl
            September 6, 2023               John G. Koeltl
                                         United States District Judge