UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STASON SUTTON,

               Plaintiff,               23-cv-5399 (JGK)

    - against -                ORDER

618 NINTH AVENUE, LLC, ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The time for defendant 618 Ninth Avenue, LLC, to answer was October 2, 2023. ECF No. 12. To date, no answer has been filed.

    The time for the defendant to answer or respond to the complaint is extended to **October 17, 2023**. If the defendant fails to respond to the complaint by that date, a default may be entered against defendant 618 Ninth Avenue, LLC.

SO ORDERED.

Dated:    New York, New York
            October 10, 2023

                                         John G. Koeltl
                             United States District Judge