UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATSON SUTTON,

               Plaintiff,

   - against -

618 NINTH AVENUE, LLC, ET AL.,

               Defendants.

23-cv-5399 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Plaintiff and Defendant Chipotle Mexican Grill of Colorado, LLC are directed to file a Rule 26(f) report by **October 27, 2023**. The conference scheduled for **October 25, 2023** is cancelled.

SO ORDERED.

Dated:   New York, New York
          October 18, 2023

                                      John G. Koeltl
                                 United States District Judge