# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

January 12, 2024

Via ECF

The Honorable John G. Koeltl
United States District Judge
Southern District of New York

**Re:**   *Stason Sutton v. 618 Ninth Avenue, LLC and Chipotle Mexican Grill of Colorado, LLC*

**Docket No. 1:23-cv-05399 (JGK)(VF)**

Dear Judge Koeltl:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline to make an application to reopen/restore this action from January 16, 2024 to February 9, 2024. The reason for this request is because the parties require the additional time to finalize the settlement and satisfy the condition precedent for dismissal. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

1/15/24